It is so ordered. The Case Management Conference scheduled for January 29, 2025 is canceled.

*/s/ John R. Adams*
U.S. District Judge
January 2, 2025

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| **CARLA RHINE** | Civil Action No. 5:24-cv-936 |
| *Plaintiff,* | Judge John R. Adams |
| vs. |  |
| **TRUBRIDGE, INC.** |  |
| *Defendant.* | **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal, without prejudice, all claims asserted in this case.

Respectfully submitted,

*/s/ Robert B. Kaptian*
Robert B. Kapitan (0074327)
Anthony J. Lazzaro (0077962)
THE LAZZARO LAW FIRM, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: (216) 696-5000
Fax: (216) 696-7005
robert@lazzarolawfirm.com
anthony@lazzarolawfirm.com

*Attorneys for Plaintiff Kyle Garlick*

*/s/ Alex Frondorf*
Alex Frondorf (0087071)
Ryan Morley (0077452)
LITTLER MENDELSON
127 Public Square, Suite 1600
Cleveland, Ohio 44114
Phone: (216) 696-7600
Fax: (216) 696-2038
afrondorf@littler.com
rmorley@littler.com

*Attorneys for Defendant*